

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PAULIN SHABAJ,<br>　　　Petitioner | CIVIL ACTION<br>NO. CV09-CV-01890 |
| VERSUS | |
| ERIC HOLDER, et al.,<br>　　　Respondents | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 12) is GRANTED and that Shabaj's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at _ALEXANDRIA_, Louisiana, on this _14th_ day of _October_, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE